UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X  Index No.  08 CIV 4150

GLORIA JEAN HOLDERFIELD AND DAVID HOLDERFIELD,

                     Plaintiff(s)

Against                                                               **Affidavit of Service of**
                                                                                   **Summons and Complaint**

MERCK & CO., INC., ET AL,

                     Defendant(s)

----------------------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:

The undersigned, being duly sworn, deposes and says: deponent is not a party herein, is over 18 years of age and resides at BRONX, NY

That on May 14, 2008 at 10:43 AM at the address

    ONE MERCK DRIVE
    WHITEHOUSE STATION, NJ 08889

deponent served the within Summons and Complaint

UPON: **MERCK & CO., INC.-**

By personally delivering a true copy of the Summons and Complaint to CONNIE BOYLE, managing agent thereof.


Deponent describes the person actually served as follows:
SEX:     FEMALE
SKIN:    White
HAIR:    Brown and Blonde
AGE:     36-50
HEIGHT: 5'4"-5'8"
WEIGHT: 131-160

I asked the person spoken to whether said served was in active military service of the United States or of the State of New York in any capacity whatsoever and received a negative response. Said served wore ordinary civilian clothing and no military uniform. The grounds of this belief and the source of my information in this regard are the observations and conversations accounted above. Hence, upon information and belief, I assert that the recipient is not in military service of the United States or of New York State as the term is defined in the state or in the Federal statutes.

ANGELO RODRIGUEZ
LICENSE NO.: 1000177

Sworn to before me this 5th day of June, 2008

ANA E. SANCHEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO: 01SA5067260
QUALIFIED IN BRONX COUNTY
COMMISSION EXPIRES: October 15, 2010

# NICOLETTI & HARRIS

A SERVICE TO THE LEGAL PROFESSION
139 FULTON STREET
NEW YORK, N.Y. 10038
(212) 267-6448

THE LANIER LAW FIRM
126 EAST 56TH STREET, 6TH FLOOR
NEW YORK NY, 10022

| | |
|---|---|
| Invoice # | 25497 |
| Date | 6/5/2008 |
| Invoice Total | $72.50 |

Attn:
For Services Rendered: GLORIA JEAN HOLDERFIELD - 5/6/08

| Def:d Witness/Description | Date | Fee | Additional Costs | Tax | Totals |
|---|---|---|---|---|---|
| MERCK & CO., INC.-<br>ONE MERCK DRIVE<br>WHITEHOUSE STATION NJ, 08889 | 5/14/2008<br>Service: S/C | $72.50 | | | $72.50 |

Total Due:    $72.50

Thank you!